[No. 55160-4-I.   Division One.   October 31, 2005.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Appellant*, v.
WILLIAM A. GRANGER, *Respondent.*

Appeal from a judgment of the Superior Court for Skagit
County, No. 04-2-00236-5, Michael E. Rickert, J., entered
September 29, 2004. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Appelwick, A.C.J., and Grosse, J.
Now published at 130 Wn. App. 489.

[No. 55255-4-I.   Division One.   October 31, 2005.]

LARRY HORSTMAN ET AL., *Appellants*, v. COSTCO WHOLESALE
CORPORATION ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 03-2-01268-8, Laura Gene Middaugh, J., en-
tered October 29, 2004. *Affirmed* by unpublished opinion
per Becker, J., concurred in by Cox, C.J., and Agid, J.

[No. 55375-5-I.   Division One.   October 31, 2005.]

MIGUEL AVALOS RODRIGUEZ ET AL., *Appellants*, v. JANICE REED
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 03-2-06259-6, Jay V. White, J., entered Novem-
ber 16, 2004. *Reversed* by unpublished per curiam opinion.

[No. 55417-4-I.   Division One.   October 31, 2005.]

CONNIE ANN BERNARD ET AL., *Appellants*, v. BERT HENDERSON
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for San
Juan County, No. 04-2-05051-1, Vickie I. Churchill, J.,
entered November 15, 2004. *Affirmed in part* and *reversed
in part* by unpublished per curiam opinion.